DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES TYRONNE INGRAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3690

[March 22, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 03-019684.

James T. Ingram, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***